Eric Baum NY#2591618 (Admitted Pro Hac Vice)
Andrew Rozynski NY#5054465 (Admitted Pro Hac Vice)
**EISENBERG & BAUM, LLP**
24 Union Square East
Fourth Floor
New York, NY 10003
Telephone No. 212-353-8700
Facsimile No. 212-353-1708
E-mail: ebaum@EandBLaw.com
       arozynski@EandBLaw.com

William A. Richards #013381
Peter A. Silverman #020679
**BASKIN RICHARDS PLC**
2901 N. Central Avenue, Suite 1150
Phoenix, Arizona 85012
Telephone No. 602-812-7979
Facsimile No. 602-595-7800
E-mail:  brichards@baskinrichards.com
        psilverman@baskinrichards.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paula Riegler, <br><br> Plaintiff, <br><br> v. <br><br> Maricopa County Special Health Care District d/b/a Valleywise Health, <br><br> Defendant. | Case No. CV-19-05544-PHX-GMS <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Paula Riegler ("Plaintiff"), through undersigned counsel, hereby gives notice that Plaintiff is voluntarily dismissing ***without prejudice*** her Complaint against Defendant Maricopa County Special Health Care District d/b/a Valleywise Health.  Defendant has not been served, and Plaintiff therefore voluntarily dismisses this action without Court order.

DATED this 27th day of January, 2020.

                BASKIN RICHARDS PLC

                /s/ Peter A. Silverman
                William A. Richards
                Peter A. Silverman
                2901 N. Central Avenue, Suite 1150
                Phoenix, AZ  85012

                AND

                EISENBERG & BAUM, L.L.P.
                Eric Baum, Esq.
                Andrew Rozynski, Esq.
                24 Union Square East
                Fourth Floor
                New York, NY 10003
                *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing.

/s/ Cristina McDonald